**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JIM DINTELMAN, et. al.**                                                    **PLAINTIFFS**

**VS.**                                          **CASE NO.  5:07CV00196**

**CHICOT COUNTY MEMORIAL HOSPITAL, et. al.**                    **DEFENDANTS**

**ORDER**

Pending is Plaintiffs' third motion for an extension of time in which to file an amended complaint.  (Docket # 35).  The Court previously allowed Plaintiffs up to and including January 14, 2008 in which to file their amended complaint.  Plaintiffs indicate that they have been diligently working to amend the complaint and have now filed the amended pleading.  For good cause shown, the motion for extension of time is granted.  Plaintiffs shall have up to and including January 18, 2008, *nunc pro tunc*, in which to file their amended complaint.

Also pending is Defendants' renewed motion to dismiss, docket # 29, in light of the Court's order allowing Plaintiffs to file their amended complaint, Defendants' motion is denied as moot.

Wherefore, Plaintiffs' motion, docket # 35 is granted.  Defendants' motion, docket # 29 is denied as moot.

IT IS SO ORDERED this 22nd day of January, 2008.

_____
James M. Moody
United States District Judge