# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JIM DINTELMAN, et. al.**                                                                    **PLAINTIFFS**

**VS.**                              **CASE NO.  5:07CV00196**

**CHICOT COUNTY MEMORIAL HOSPITAL, et. al.**                          **DEFENDANTS**

## ORDER

Pending is Defendant Chicot County Memorial Hospital's second motion for sanctions. (Docket # 77).  For the reasons stated on the record in the telephone conference held on this date, Defendant's motion is DENIED.

Within thirty days, the parties are directed to agree to a schedule for the depositions requested by the parties.  The depositions must be completed no later than July 30, 2010 as set forth in the final scheduling order.  If the parties are unable to agree to a schedule, the parties are directed to notify the Court of the requested deponents and the Court will enter an order scheduling the depositions.

IT IS SO ORDERED this 6th day of April, 2010.

_____
James M. Moody
United States District Judge