# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**JIM DINTELMAN, et. al.**                                                                 **PLAINTIFFS**

**VS.**                                          **CASE NO. 5:07CV00196**

**CHICOT COUNTY MEMORIAL HOSPITAL, et. al.**                      **DEFENDANTS**

## ORDER

Pending is Defendant, Chicot Memorial Hospital's motion for order scheduling depositions. (Docket # 88). Plaintiffs have responded and Defendant has filed a reply. For good cause shown, the motion is GRANTED.

The depositions of Plaintiffs, Jim Dintelman and David Donovan will take place on May 27-28, 2010 at the Kearney Law Offices or at a place designated by Plaintiffs' counsel. Mr. Donovan's deposition will commence at 8:30 a.m. on May 27, 2010 and Mr. Dintelman's deposition will commence immediately following the conclusion of the Donovan deposition. The depositions will continue until completed beginning at 8:30 a.m. on May 28, 2010 but in no event beyond 4:00 p.m. May 28, 2010.

The defendants are directed to make any employee or agent requested by Plaintiff available for deposition at the defendant's counsel's office or a place designated by the defendant's counsel, within one week following the depositions of plaintiffs. Plaintiffs' counsel may notice and subpoena defendants' former employees or agents for depositions at a time available to all parties within three weeks following the Plaintiffs' depositions.

IT IS SO ORDERED this 12th day of May, 2010.

_____
James M. Moody
United States District Judge