IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JIM DINTELMAN, et. al.                                              PLAINTIFFS

VS.                              CASE NO. 5:07CV00196

CHICOT COUNTY MEMORIAL HOSPITAL, et. al.                DEFENDANTS

## ORDER

Pending is Plaintiffs' motion for extension of time, docket # 133 and Defendant, Chicot Memorial Hospital's motion to strike, docket # 141. Plaintiffs' motion filed October 28, 2010 requests additional time in which to respond to the pending motions for summary judgment[1]. Plaintiffs filed their responses on October 29, 2010. The Court will consider the responses filed.

Accordingly, the motion for extension of time is granted *nunc pro tunc*. Defendant's motion to strike is DENIED.

IT IS SO ORDERED this 1st day of November, 2010.

_____
James M. Moody
United States District Judge

---

[1] Plaintiffs had been granted an extension of time up to and including October 22, 2010 in which to file their responses. Plaintiffs argue that they attempted to file an additional motion for extension of time seeking an extension up to and including October 29, 2010 in which to respond. For reasons unknown, the motion was not successfully filed. Plaintiffs current motion was filed upon learning that the October 22, 2010 motion had not been successfully filed.