**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JIM DINTELMAN, et. al.**                                                      **PLAINTIFFS**

**VS.**                                          **CASE NO.  5:07CV00196**

**CHICOT COUNTY MEMORIAL HOSPITAL, et. al.**                     **DEFENDANTS**

**JUDGMENT**

Pursuant to the Orders entered on this date, and on March 31, 2011, it is Considered,

Ordered and Adjudged that this case be, and it is hereby, DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 12th day of July, 2011.


_____
James M. Moody
United States District Court